ORIGINAL

FILED-USDC-NDTX-DA
'25 AUG 6 AM8:46
KM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3-25CR-367 L |
| MARK EXPOSITO | |

# INFORMATION

The Acting United States Attorney charges:

Count One
Conspiracy to Commit Theft of Government Money or Property
(18 U.S.C. § 371 (18 U.S.C. § 641))

1. On or about April 2, 2021, within the Northern District of Texas, the defendant, **Mark Exposito**, did knowingly, intentionally, and willfully conspire, combine, and agree with others known and unknown to the Acting United States Attorney to commit an offense against the United States, that is a violation of Title 18, United States Code, Section 641, by embezzling, stealing, purloining, and knowingly converting to his own use, money and property of the United States of value exceeding $1,000, namely Paycheck Protection Program loan proceeds funded and administered by the United States Small Business Bureau through the federal CARES Act, to which he knew he was not entitled.

Purpose of the Conspiracy

2. The purpose of the conspiracy was for **Mark Exposito** and others to enrich themselves by fraudulently obtaining Paycheck Protection Program loan proceeds funded and administered by the United States Small Business Bureau.

Manner and Means

3. The manner and means by which the defendant and others sought to accomplish the purpose of the conspiracy included, among others, the following:

a. As part of the scheme, **Mark Exposito** submitted fraudulent loan applications under the Paycheck Protection Program on behalf of his various companies.

b. As part of the scheme, **Mark Exposito** and others prepared false bank statements in support the companies' loan applications.

Overt Acts

4. As an overt act in furtherance of the conspiracy, on or about March 23, 2021, **Mark Exposito** and others created an altered bank statement for submission to Bank A in support of Circle E Ranch's Paycheck Protection Program loan application. This fraudulent bank statement falsely showed that Circle E Ranch had business income.

5. As an overt act in furtherance of the conspiracy, on or about March 23, 2021, **Mark Exposito** caused to be submitted a loan application under the Paycheck Protection Program to Bank A on behalf of his company Circle E Ranch that fraudulently inflated the company's number of employees and monthly payroll expenses.

6. As an overt act in furtherance of the conspiracy, on or about April 2, 2021, **Mark Exposito** received $706,377.00 in Paycheck Protection Program loan proceeds as a result of his fraudulent loan application.

All in violation of 18 U.S.C. § 371 (18 U.S.C. § 641).

Forfeiture Notice
[18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461]

1. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States, any property, real or personal, that constitutes or is derived, directly or indirectly, from proceeds traceable to the commission of the offense.

2. The above-referenced property subject to forfeiture includes, but is not limited to, a "money judgment" in the amount of U.S. currency constituting the gross proceeds traceable to the offense.

3. Pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), if any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States intends to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

RYAN P. NIEDERMAIR
Assistant United States Attorney
Texas Bar No. 24116828
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8809
Email: ryan.niedermair@usdoj.gov