ORIGINAL

FILED-USDC-NDTX-DA
'25 SEP 18 PM1:37
KNB

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 3:25-CR-00367 |
| | § | |
| MARK EXPOSITO | § | |

**CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE (UNDER FED. R. CRIM. P. 20)**

I, Mark Exposito, defendant, have been informed that an Information is pending against me in the above-designated cause. I wish to plead guilty to the offense charged and to consent to the disposition of the case in the Eastern District of Texas and hereby waive any further proceedings in the Northern District of Texas.

This case is associated with a case currently pending in the Eastern District of Texas: *United States v. Mark Exposito*, Case No. 4:23-CR-63, in the United States District Court for the Eastern District of Texas, Sherman Division, Judge Mazzant presiding. In light of this, the parties respectfully request assignment of this case to Judge Mazzant upon transfer.

Dated: Sept 10, 2025.

Mark Exposito, Defendant

Witness

Counsel for Defendant

Assistant United States Attorney

**Approved**

by designation for
UNITED STATES ATTORNEY FOR
THE NORTHERN DISTRICT
OF TEXAS

Digitally signed by JAY COMBS
Date: 2025.08.28 17:09:48 -05'00'
UNITED STATES ATTORNEY FOR
THE EASTERN DISTRICT OF TEXAS